UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,              CR. NO.  23-30260

          v.
                                            JUDGE:  UNASSIGNED

DARREN ROBINSON,

                    Defendant.
_____/

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant.  I certify that I

am admitted to practice in the Court.

                              Respectfully Submitted,

                              **FEDERAL DEFENDER OFFICE**


                              s/ Benton Martin
                              Attorney for Defendant
                              613 Abbott Street, Suite 500
                              Detroit, Michigan  48226
                              313-967-5832
                              E-mail: benton_martin@fd.org

Date: July 7, 2023