**UNITED STATES DISTRICT COURT**
**DISTRICT OF EASTERN MICHIGAN**
-------------------------------------------------------X
**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        -v-                                        **NOTICE OF APPEARANCE**

**DARREN ROBINSON,**                         Case No. 2:23-MJ-30260

        **Defendant.**
-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that ZACH INTRATER, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, is appearing for DARREN ROBINSON in the above-captioned matter.

                                                                     _____
                                                                     Zach Intrater, Esq.
                                                                     Brafman & Associates, P.C.
                                                                     256 Fifth Avenue, 2nd Floor
                                                                     New York, NY 10001
                                                                     Phone: (212) 750-7800
                                                                     Fax: (212) 750-3906
                                                                     E-mail: zintrater@braflaw.com

Dated:  New York, NY
           July 11, 2023